# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

PEDRO GONZALEZ GARCIA,

                               Petitioner,

    v.

Daniel A BRIGHTMAN, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Jeremy CASEY, Warden of Imperial Regional Detention Facility,

                               Respondents.

Case No.:  26cv0348 DMS AHG

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a response to the Petition in which they concede Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is therefore entitled to a bond hearing.  Because the Petitioner has already had a bond hearing,

however, the Court orders Respondents to release Petitioner immediately and subject to the conditions set by the Immigration Judge's January 13, 2026 Order.  On or before **March 2, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been released. In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

    **IT IS SO ORDERED**.

Dated:  February 23, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0348 DMS AHG